# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2014

## NO.  03-13-00596-CV

**Dominique Beasley, Appellant**

**v.**

**Quail Creek Apartments, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on August 30, 2013.  Having reviewed the record, the Court holds that Dominique Beasley has not prosecuted her appeal and did not comply with a notice from the clerk of this court.  The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.